JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONOVAN LAMONTE HALEY, | ) | NO. CV 22-5913-SB(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF LONG BEACH, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 30, 2022

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE